### REYNOLDS v. WILLIAMS.

(Supreme Court, Special Term, Kings County. February 10, 1915.)

MANDAMUS ⊜⇒160—FACTS OR CONCLUSIONS—ALTERNATIVE WRIT.

In mandamus to contest relator's removal from office, a proposed amended alternative writ, not alleging facts showing bad faith on the part of the commissioner in the relator's removal, as required by a former opinion, must be denied.

[Ed. Note.—For other cases, see Mandamus, Cent. Dig. §§ 326–335; Dec. Dig. ⊜⇒160.]

Action by one Reynolds against one Williams. Application for leave to serve an amended alternative writ of mandamus denied.

Alfred J. Talley, of New York City, for plaintiff.
Elliott S. Benedict, Corp. Counsel, of New York City, for defendant.

BENEDICT, J. Application for leave to serve an amended alternative writ of mandamus denied, as the proposed amended writ does not comply with the requirements of my opinion heretofore rendered herein (154 N. Y. Supp. 407), in that it does not allege facts showing bad faith on the part of the commissioner in the removal of relator.